

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2014

No. 04-14-00323-CR

Steven **BELTRAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 431439
The Honorable Monica A. Gonzalez, Judge Presiding

## O R D E R

Appellant's brief was originally due on July 7, 2014, and appellant has been granted three extensions of time, the latest until September 22, 2014. Appellant is represented on appeal by appointed counsel, Mr. Alfonso Otero. On September 22, 2014, Mr. Otero filed a motion asking this court to abate this appeal so that he may request findings of fact and conclusions of law from the trial court. Mr. Otero concedes such findings and conclusions were not timely requested pursuant to Texas Rule of Civil Procedure 296. On September 24, 2014, this court issued an order granting Mr. Otero's request and abating this cause to the trial court to provide the trial court with an opportunity to decide whether it wishes to enter findings of fact and conclusions of law. On November 6, 2014, a supplemental clerk's record was filed containing findings of fact and conclusions of law.

Because this appeal has been pending since May 5, 2014, when appellant filed his notice of appeal, and appellant's brief was originally due on July 7, 2014, Mr. Otero is hereby ORDERED to file appellant's brief no later than December 5, 2014. No further extensions of time will be granted, and if Mr. Otero fails to file appellant's brief by December 5, 2014, this appeal will be abated to the trial court for an abandonment hearing.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2014.



Keith E. Hottle
Clerk of Court